# Court of Appeals
# of the State of Georgia

ATLANTA,＿＿August 31, 2016＿＿＿

*The Court of Appeals hereby passes the following order:*

## A16A2048.  SMITH v. McTAGGART.

The captioned appeal was docketed in this Court on July 12, 2016 pursuant to a notice of appeal directing that no part of the trial record be omitted from the record transmitted to this Court.  On July 29, 2016, this Court entered an order granting Appellant's motion to extend the time for filing an enumeration of errors and brief to August 16, 2016 to allow additional time for transmission of portions of the trial court record necessary for consideration of the appeal.  On August 11, 2016, Appellant filed a Motion to Remand the appeal representing to this Court that a trial transcript necessary for consideration of the appeal cannot be prepared by the court reporter prior to October 9, 2016, and that a motion to transmit sealed records as part of the necessary appellate record is pending in the trial court.

Because it appears that portions of the trial court record necessary for consideration of this appeal have not been prepared or filed in the trial court for transmission to this Court, this case was prematurely transmitted to this Court. Under the Georgia Constitution, this Court is required to "dispose of every case at the term for which it is entered on the court's docket for hearing or at the next term." Ga. Const. of 1983 Art. VI, Sec. IX, Par. II.  Appeals must be decided with the constitutional deadline and cannot be stayed indefinitely pending preparation and filing of the necessary record in the trial court.

Accordingly, it is ordered that the Appellant's Motion to Remand is GRANTED and this case be REMANDED to the trial court for preparation or filing of the necessary record.  Upon preparation and filing of the necessary record in the trial court, the Superior Court of Newton County, the Superior Court Clerk shall

transmit the entire record to this Court for re-docketing.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____08/31/2016_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*